FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
3/11/2021 2:28 PM
CLERK OF THE COURT
Marissa Marquez

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

JEREMY DEAR,

**Plaintiff,**

vs.                                          No. D-202-CV-2020-04023

CITY OF ALBUQUERQUE and
NYVIA BARRAZA (in her official capacity as records custodian),

**Defendants.**

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on March 11, 2021, Defendant City of Albuquerque's Second Set of Interrogatories to Plaintiff and Second Set of Requests for Production of Documents to Plaintiff along with a copy of this Certificate of Service were sent via electronic mail to:

> Thomas R. Grover
> thomas@grover-law.com
>
> Blair Dunn
> abdunn@ablairdunn-esq.com

Respectfully submitted,

LAW OFFICE OF JONLYN M. MARTINEZ, LLC

*Electronically filed*
By   */s/ Jonlyn M. Martinez*
    JONLYN M. MARTINEZ
    Attorneys for Defendants
    P.O. Box 1805
    Albuquerque, NM  87103-1805
    (505) 247-9488

Exhibit B