Skip to Main Content  Logout  My Account  Search Menu  Search  Refine Search  Back       Location : All Courts    Images

# REGISTER OF ACTIONS
## CASE NO. D-202-CV-2020-04023

| | | | |
|---|---|---|---|
| Jeremy Dear v. Albuquerque City of, et al. | § § § § § § | Case Type:<br>Date Filed:<br>Location:<br>Judicial Officer: | Civil Violations, Statutes, Ordinances<br>07/10/2020<br><br>Ortega, Lisa Chavez |

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | Albuquerque City of | Jonlyn Martinez<br>*Retained*<br>505-247-9488(W) |
| Defendant | Barraza, Nyvia | Jonlyn Martinez<br>*Retained*<br>505-247-9488(W) |
| Plaintiff | Dear, Jeremy | A. Blair Dunn<br>*Retained*<br>505-750-3060(W)<br><br>Jared Robert Vander Dussen<br>*Retained*<br>505-750-3060(W)<br><br>Thomas R. Grover<br>*Retained*<br>505-695-2050(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | | |
|---|---|---|
| 07/10/2020 | **Cause Of Actions**<br>Action Type | Other Damages<br>Action |
| 07/10/2020 | **OPN: COMPLAINT** | |
| 07/10/2020 | **ARB: CERT NOT SUBJECT** | |
| 07/10/2020 | Summons | |
| |     Albuquerque City of | Unserved |
| |     Barraza, Nyvia | Unserved |
| 08/05/2020 | **ANSWER**<br>*Defendants' Answer to Plaintiff's Complaint for Damages Pursuant to the New Mexico Inspection of Public Records Act and Counterclaim for Malicious Abuse of Process* | |
| 09/03/2020 | **ANSWER TO COUNTERCLAIM**<br>*Answer to Counterclaim for Malicious abuse of process* | |
| 09/03/2020 | **DISCOVERY** | |
| 10/05/2020 | **DISCOVERY** | |
| 11/03/2020 | **ENTRY OF APPEARANCE** | |
| 11/13/2020 | **DISCOVERY** | |
| 01/11/2021 | **DISCOVERY** | |
| 01/11/2021 | **REQUEST FOR HEARING/ SETTING** | |
| 01/12/2021 | **NTC: HEARING (SCHEDULING CONFERENCE)** | |
| 01/25/2021 | **SCHEDULING CONFERENCE** (2:45 PM) (Judicial Officer Ortega, Lisa Chavez)<br>    *15 MIN. SCHEDULING CONFERENCE CONF. CALL*<br>    Result: Held | |
| 01/28/2021 | **ORD: RULE 16B SCHEDULING/FORM** | |
| 02/19/2021 | **MTN: MOTION**<br>    *Motion for Page Limit Extension* | |
| 02/19/2021 | **ORD: Order to Exceed Page Limit** | |
| 02/23/2021 | **MTN: FOR SUMMARY JUDGMENT** | |
| 02/23/2021 | **REQUEST FOR HEARING/ SETTING** | |
| 02/23/2021 | **MTN: FOR SUMMARY JUDGMENT** | |
| 02/23/2021 | **REQUEST FOR HEARING/ SETTING** | |
| 02/24/2021 | **MTN: TO COMPEL**<br>    *DEFENDANT S MOTION TO COMPEL AND MEMORANDUM IN SUPPORT THEREOF* | |
| 02/24/2021 | **REQUEST FOR HEARING/ SETTING** | |
| 03/10/2021 | **MTN: MOTION**<br>    *Defendants Motion Pursuant To Rule 1-056(F) Nmra Requesting That This Court Deny Plaintiff s Motion For Summary Judgment Without Prejudice Or Grant Defendants An Extension Of Time To Respond To Plaintiff s Motion For Summary Judgment Until After The Defendants Have Had An Opportunity To Obtain Discovery From The Plaintiff And Have Deposed Him* | |
| 03/11/2021 | **REQUEST FOR HEARING/ SETTING** | |

Exhibit C

| Date | Event | Description |
|---|---|---|
| 03/11/2021 | **DISCOVERY** | |
| 03/15/2021 | **RESPONSE** | Response to Defs Motion for Summary Judgment |
| 03/15/2021 | **REQUEST FOR HEARING/ SETTING** | |
| 03/15/2021 | **MTN: MOTION** | Motion for Protective Order |
| 03/15/2021 | **RESPONSE** | Response to Motion to Compel |
| 03/22/2021 | **SFL: SFACIL REFER & APPT YR** | |
| 03/28/2021 | **RESPONSE** | Response to Plaintiff's Motion for Protective Order |
| 03/29/2021 | **RESPONSE** | RESPONSE TO DEFENDANT'S MOTION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT |
| 03/30/2021 | **REPLY** | DEFENDANT S REPLY TO PLAINTIFF S RESPONSE TO DEFENDANT S MOTION TO COMPEL |
| 03/30/2021 | **NTC: COMPLETION OF BRIEFING** | MOTION TO COMPEL AND MEMORANDUM IN SUPPORT THEREOF |
| 03/30/2021 | **REPLY** | CITY DEFENDANTS REPLY TO PLAINTIFFS RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT |
| 03/30/2021 | **NTC: COMPLETION OF BRIEFING** | Re: motion for summary judgment |
| 03/31/2021 | **NTC: NOTICE** | Notice of Federal Filings to the instant matter |
| 04/01/2021 | **NTC: HEARING** | |
| 04/22/2021 | **MOTION HEARING** (1:30 PM) (Judicial Officer Ortega, Lisa Chavez) | 1.5 HOURS. 1. City Defendants' Motion for Summary Judgment. 2. Defendant's Motion to Compel 3. Plaintiffs Motion to Dismiss Counterclaims CONF. CALL |
| 11/29/2021 | **PRE-TRIAL CONFERENCE** (11:00 AM) (Judicial Officer Ortega, Lisa Chavez) | 10 MIN. SET ON BENCH DOCKET STARTING JAN. 10TH 2022 FOR 2 DAYS |
| 01/10/2022 | **NON JURY TRIAL** (9:00 AM) (Judicial Officer Ortega, Lisa Chavez) | 2 DAY BENCH TRIAL |

**FINANCIAL INFORMATION**

**Plaintiff** Dear, Jeremy
Total Financial Assessment     132.00
Total Payments and Credits     132.00
**Balance Due as of 04/02/2021**     **0.00**

| Date | Type | | | Amount |
|---|---|---|---|---|
| 07/10/2020 | Transaction Assessment | | | 132.00 |
| 07/10/2020 | File & Serve Payment | Receipt # ALBD-2020-14550 | Dear, Jeremy | (132.00) |

Exhibit C