IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY DEAR,

    Plaintiff,

vs.                                                    Civ. No. 21-0250 KG/KK

SARITA NAIR, TIM KELLER,
and CITY OF ALBUQUERQUE,

    Defendants.

## JUDGMENT

Having granted Defendants' Motion to Dismiss (Doc. 3) by entering a Memorandum Opinion and Order on October 5, 2021 (Doc. 21),

    IT IS ORDERED that

    1.    Plaintiff's complaint against Defendants is dismissed with prejudice; and

    2.    Judgment is entered against Plaintiff and in favor of Defendants.

_____
UNITED STATES DISTRICT JUDGE