IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY DEAR,

    Plaintiff,

v.       Civ. No. 21-0250 KG/KK

SARITA NAIR, TIM KELLER,
and CITY OF ALBUQUERQUE,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff Jeremy Dear's Opposed Motion for Extension for Response to Nair's Renewed Motion for Summary Judgment, filed on September 3, 2024. (Doc. 109). Defendant Sarita Nair filed her Response on September 10, 2024. (Doc. 111).

In her response, Defendant states that she has "no objection to giving Plaintiff reasonable time to respond to the pending motion for summary judgment consistent with the Court's calendar." (Doc. 111) at 2–3. As such, the Court grants Plaintiff fourteen (14) days from the date of this order to file his response to Defendant's Renewed Motion for Summary Judgment.

IT IS SO ORDERED.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE